UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

REGIS HIGGINS,

    Plaintiff,

v.

C/O KESSELL, C/O GANGLOFF and MARC HODGE,

Case No. 12-cv-632-JPG-PMF

**JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice for failure to exhaust administrative remedies

.

**DATED: May 10, 2013**    NANCY J. ROSENSTENGEL, Clerk of Court

    s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**